Certificate Number: <u>01267-PAE-DE-008093251</u>

Bankruptcy Case Number: <u>09-16084</u>

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on <u>August 21, 2009</u>, at <u>12:25</u> o'clock <u>PM CDT</u>,

<u>Loretta S Williams</u> completed a course on personal financial

management given <u>by internet and telephone</u> by

<u>Money Management International, Inc.</u>,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the <u>Eastern District of Pennsylvania</u>.


Date: <u>August 21, 2009</u>    By   <u>/s/Christine Zamora</u>

                         Name  <u>Christine Zamora</u>

                         Title   <u>Counselor</u>