WWR# 08809728

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LORETTA S. WILLIAMS<br>                     Debtor<br><br>CITIZENS BANK OF PENNSYLVANIA<br>                     Movant | Case No. 09-16084-SR<br>Chapter 13<br>Related to Document No.<br>**Hearing Date:** 11/10/10<br>**Hearing Time:** 10:00 a.m. |

**CERTIFICATE OF SERVICE**

I, Keri P. Claeys, Esquire, attorney for Movant, do hereby certify that true and correct copies of the Motion for Relief from the Automatic Stay, with copies of the Notice of Motion, Response Deadline and Hearing Date relating thereto, have been served on the 15th day of October, 2010, by first class mail, postage prepaid from Pittsburgh, Pennsylvania, upon those listed below:

Loretta S. Williams, 501 North Bethlehem Pike, Unit 8A, Ambler, PA 19002

(Served by electronic mail)
Michael W. Gallagher, 628 East Germantown Pike, Lafayette Hill, PA 19444

Frederick L. Reigle, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107


                                              WELTMAN, WEINBERG & REIS CO., L.P.A.


                                              BY: /s/ Keri P. Claeys
                                              KERI P. CLAEYS, ESQUIRE
                                              1400 Koppers Building, 436 7th Avenue
                                              Pittsburgh, PA 15219
                                              (412) 434-7955  /  (412) 434-7959
                                              Attorney for Movant