WWR# 08809728

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> LORETTA S. WILLIAMS <br>                         Debtor <br><br> CITIZENS BANK OF PENNSYLVANIA <br>                         Movant | Case No. 09-16084-SR <br> Chapter 13 <br> Related to Document No. <br> **Hearing Date:** 11/10/10 <br> **Hearing Time:** 10:00 a.m. |

## ORDER

AND NOW, this ___ day of _____, 2010, upon certification of no response by counsel of Movant, Citizens Bank of Pennsylvania, it is ORDERED and DECREED that Movant is granted Relief from the Automatic Stay and has leave to proceed with execution process through, among other remedies, but not limited to, foreclosure and/or Sheriff's Sale regarding the following premises:

 

_____
HON. STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

CC:
Movant's Counsel
Keri P. Claeys, 1400 Koppers Building, 436 7th Avenue, Pittsburgh, PA 15219

Debtor:
Loretta S. Williams, 501 North Bethlehem Pike, Unit 8A, Ambler, PA 19002

Debtor's Counsel:
Michael W. Gallagher, 628 East Germantown Pike, Lafayette Hill, PA 19444

Trustee:
Frederick L. Reigle, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606

United States Trustee
Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107