United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 09-16084-sr
Loretta S. Williams                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Nov 17, 2014
                             Form ID: 138NEW          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2014.
db          +Loretta S. Williams,   501 North Bethlehem Pike,   Unit 8A,   Ambler, PA 19002-2522
cr          +PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr          +Wissahickon School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
             Norristown, PA 19404-3020
11765779     +American Express,   P.O. Box 659728,   San Antonio, TX 78265-9728
11796506      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
11765780      Bank Of America,   P.O. Box 15710,   Wilmington, DE  19886-5710
11765782     +Bloomingdales,   9111Duke Blvd.,   Mason, OH 45040-8999
11778573     +Citizens Bank,   480 Jefferson Blvd,   RJE 135,   Warwick RI 02886-1359
11765783     +Citizens Bank,   P.O. Box 42113,   Providence, RI 02940-2113
11818183      DEPARTMENT STORES NATIONAL BANK/BLOOMINGDALES,   TOTAL DEBT MANAGEMENT,   PO BOX 137,
             COLUMBUS, GA  31902-0137
11765785      Equifax Credit Information Services, Inc,   P.O. Box 740256,   Atlanta, GA  30374-0256
11765786      Experian Information Systems,   Attn: Dispute Department,   P.O. Box 2002,
             Allen, TX  75013-2002
11843846     +FIA Card Services NA aka Bank of America,   by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
11765787     +Innovis Data Solutions,   250 E. Town St.,   Columbus, OH 43215-4631
11765788      Mercedes Benz Financial,   P.O. Box 9001680,   Louisville, KY  40290-1680
11765789      Neiman Marcus,   P.O. Box 729080,   Dallas, TX  75372-9080
11901432     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
             Norfolk, VA 23541)
11765792     +Saks 5th Avenue,   P.O. Box 10327,   Jackson, MS  39289-0327
11765793     +Transunion Corporation,   2 Baldwin Place,   P.O. Box 1000,   Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Nov 18 2014 02:10:55   City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2014 02:03:13
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2014 02:04:05   U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: bnc@bass-associates.com Nov 18 2014 02:02:40   Capital One, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr            E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2014 02:09:35   GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave, Suite 1120,   Miami, FL  33131-1605
11765781     +E-mail/Text: banko@berkscredit.com Nov 18 2014 02:02:59   Berks Credit And Collections, Inc.,
             P.O. Box 329,   Temple, PA 19560-0329
12792424     +E-mail/Text: bnc@bass-associates.com Nov 18 2014 02:02:39   Capital One, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083,
             Telephone: (520)577-1544 (Servicer)
12617287     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2014 02:08:17
             East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
             Greenville, SC 29602-0288
11780089     +E-mail/Text: bnc@bass-associates.com Nov 18 2014 02:02:40   HSBC Bank Nevada, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,   Tucson, AZ 85712-1083
11788938     +E-mail/Text: bnc@bass-associates.com Nov 18 2014 02:02:40   HSBC Bank Nevada, N.A.,
             Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
11765784      E-mail/Text: cio.bncmail@irs.gov Nov 18 2014 02:02:55   Department Of The Treasury,
             Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114
11765790      E-mail/Text: bnc@nordstrom.com Nov 18 2014 02:02:51   Nordstrom,   P.O. Box 79134,
             Phoenix, AZ  85062-9134
11765791      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2014 02:03:13
             Pennsylvania Department Of Revenue,   Department 280946,   Attn: Bankruptcy Division,
             Harrisburg, PA  17128-0946
11776854      E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2014 02:09:41
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11817375      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2014 02:07:44
             Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13025981     +E-mail/Text: bnc@bass-associates.com Nov 18 2014 02:02:40   eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                    TOTAL: 16

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: Nov 17, 2014
                             Form ID: 138NEW          Total Noticed: 35
```

```
cr*            +East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                GREENVILLE, SC 29602-0288
cr*            +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
cr*            +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                TUCSON, AZ 85712-1083
12792425*      +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083,   Telephone: (520)577-1544 (Servicer)
11821371*      +IRS,   600 ARCH ST RM 5200,   PHILA PA 19106-1611
11884665       ##+Michael W. Gallagher, Esquire,   628 Germantown Pike,   Lafayette Hill, PA 19444-1810
                                                                          TOTALS: 0, * 5, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2014                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2014 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              KERI P EBECK    on behalf of Creditor   Citizens Bank of Pennsylvania kebeck@weltman.com,
              agilbert@weltman.com
              KEVIN H. BURAKS    on behalf of Creditor   Wissahickon School District kburaks@portnoffonline.com
              MICHAEL W. GALLAGHER    on behalf of Plaintiff Loretta S. Williams mwglaw@msn.com,
              mwglaw@comcast.net
              MICHAEL W. GALLAGHER    on behalf of Debtor Loretta S. Williams mwglaw@msn.com,   mwglaw@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 7
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Loretta S. Williams

              Debtor(s)

Bankruptcy No: 09−16084−sr

Chapter: 13

---

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 11/17/14

88 − 87
Form 138_new